IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION

| | |
|---|---|
| KASAUNDRA GRANGER<br>INDIVIDUALLY AND ON BEHALF OF<br>THE ESTATE OF EDDIE R. WHITE,<br><br>*Plaintiff,*<br><br>VS.<br><br>FREEDOM MORTGAGE CORPORATION,<br><br>*Defendant.* | CIVIL ACTION NO. 1:23-CV-00472<br>JUDGE MICHAEL J. TRUNCALE |

## ORDER DISMISSING CASE WITH PREJUDICE

Before the Court is the Parties' Joint Stipulation of Dismissal. [Dkt. 16]. The Parties advise the Court that they have reached an agreement to resolve this matter and now seek a dismissal with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

It is therefore **ORDERED** that this case is **DISMISSED WITH PREJUDICE**, with each Party bearing its own attorney's fees and costs.

It is further **ORDERED** that all Court dates and deadlines are hereby **VACATED**, and all pending motions filed herein are **DENIED AS MOOT**.

**SIGNED this 6th day of June, 2024.**

Michael J. Truncale
United States District Judge